**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**
Case No.

CARLOS LIRIANO,

        Plaintiff,

v.

WELLS FARGO BANK, NATIONAL
ASSOCIATION,

        Defendant.

_____/

**DEFENDANT'S NOTICE OF
REMOVAL**

Defendant WELLS FARGO BANK, N.A., by its attorneys and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby removes the above-titled action, which is pending as Case No. 20-CV-003333 in the General Court of Justice, Superior Court Division, Wake County, North Carolina, to the United States District Court for the Eastern District of North Carolina, Western Division. In support of its Notice of Removal, Defendant states as follows:

### Nature of the Action

1.      On March 4, 2020, *pro se* Plaintiff Carlos Liriano filed an action in the General Court of Justice, Superior Court Division, Wake County, North Carolina, titled *Carlos Liriano v. Wells Fargo Bank, National Association*, Case No. 20-CV-003333. Plaintiff's Complaint contains claims for race discrimination, national origin discrimination, and retaliation in violation of Title VII of the Civil Rights Act of 1964, as

amended, 42 U.S.C. § 2000e *et seq.* ("Title VII").  Additionally, Plaintiff's Complaint contains a claim for wrongful discharge against public policy in violation of the North Carolina Equal Employment Practices Act, N.C. Gen. Stat. § 143-422.2 *et seq.*, premised upon alleged race and national origin discrimination, and a claim for conspiracy to interfere with civil rights in violation of N.C. Gen. Stat. § 99D-1.

2.      Defendant was served with the Summons and a copy of the Complaint on March 5, 2020 via Defendant's registered agent, Corporation Service Company.  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Summons, Complaint, and all other pleadings, orders, and other papers or exhibits of every kind, now on file with the General Court of Justice, Superior Court Division, Wake County, North Carolina, are attached hereto as **Composite Exhibit A.**

<strong><u>Basis for Removal</u></strong>

3.      Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over this action because Plaintiff's Title VII claims arise under the Constitution, laws, or treaties of the United States.  Any civil case filed in a state court may be removed by a defendant to federal court if the case could have been brought originally in federal court.  *See Jackson v. Home Depot USA, Inc.*, 880 F.3d 165, 187 (4th Cir. 2018).

4.      Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiff's claims for wrongful discharge against public policy and conspiracy to interfere with civil rights because these claims are so related to Plaintiff's Title VII claims that they

form part of the same case or controversy under Article III of the United States Constitution.

5. Because this action is pending in the General Court of Justice, Superior Court Division, Wake County, North Carolina, venue for purposes of removal is proper in this Court pursuant to 28 U.S.C. § 1441(a).

## Timeliness of Removal

6. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) as it is being filed and served within thirty (30) days after Defendant's receipt of a copy of the initial pleading setting forth the claims for relief upon which this action is based.

## Notice of Removal Provided To State Court

7. Prompt written notice of this Notice of Removal is being served upon Plaintiff and the original is being filed with the Clerk of the Court of the General Court of Justice, Superior Court Division, Wake County, North Carolina, as required by 28 U.S.C. § 1446(d).

## Conclusion

8. Removal is proper because this action falls within this Court's original federal question jurisdiction, as well as supplemental jurisdiction, and removal is timely being made to the Eastern District of North Carolina, which embraces the place where this action is pending. Defendant, having met all procedural requisites for removal and having paid the appropriate filing fee, respectfully requests that the Court take jurisdiction over this action and conduct all further proceedings.

Respectfully submitted,

WELLS FARGO BANK, N.A.

By  /s/ *Matthew S. Brown*

Frederick T. Smith
SEYFARTH SHAW LLP
121 West Trade Street, Suite 2020
Charlotte, North Carolina 28202
Telephone: (704) 925-6023
Facsimile:  (704) 559-2425
E-mail: fsmith@seyfarth.com
North Carolina Bar No. 45229
Attorney for Defendant

Matthew S. Brown
SEYFARTH SHAW LLP
121 West Trade Street, Suite 2020
Charlotte, North Carolina 28202
Telephone: (704) 925-6035
Facsimile: (704) 559-2455
E-mail: mbrown@seyfarth.com
North Carolina Bar No. 53001
Attorney for Defendant

Date: April 6, 2020

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
Case No.

CARLOS LIRIANO,

       Plaintiff,

v.                                     **CERTIFICATE OF SERVICE**

WELLS FARGO BANK, NATIONAL
ASSOCIATION,

       Defendant.
_____/

I hereby certify that on April 6, 2020, I filed a true and correct copy of DEFENDANT'S NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system, and a copy of the same was served by the United States Postal Service on the following individual:

Carlos Liriano
2929 Landing Falls Lane
Raleigh, NC 27616

           /s/ *Matthew S. Brown*
           Matthew S. Brown
           Attorney for Defendant