IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-140-D

| | | |
|---|---|---|
| CARLOS LIRIANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WELL FARGO BANK, NATIONAL ASSOCIATION, | ) | |
| | ) | |
| Defendant. | ) | |

Carlos Liriano ("Liriano" or "plaintiff") claims that Wells Fargo Bank ("Wells Fargo" or "defendant") terminated his employment in violation of Title VII of the Civil Rights Act of 1964 and state law. See [D.E. 1-3, 33]. On March 12, 2021, Wells Fargo moved for summary judgment on all claims [D.E. 29], filed its statement of material facts [D.E. 31, 31-1, 31-2, 31-3, 31-4, 31-5, 31-6, 31-7, 31-8], and filed a memorandum of law in support of its motion for summary judgment [D.E. 30]. On April 2, 2021, Liriano responded to defendant's motion for summary judgment [D.E. 33], but ignored this court's local rules and the governing law. Cf. E.D.N.C. Civ. R. 56.1(a)(2). On April 15, 2021, Wells Fargo replied [D.E. 34].

The court has reviewed the entire record. For the reasons stated in defendant's memorandum of law in support of its motion for summary judgment [D.E. 30] and reply in support of its motion for summary judgment [D.E. 34], no genuine issues of material fact exist and defendant is entitled to summary judgment on plaintiff's claims. Accordingly, the court GRANTS defendant's motion for summary judgment [D.E. 29]. Defendant may file a motion for costs in accordance with this court's local rules and the Federal Rules of Civil Procedure. The clerk shall close the case.

SO ORDERED. This 22 day of June 2021.

/s/ Dever
JAMES C. DEVER III
United States District Court