# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| CARLOS LIRIANO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| v. ) | **CIVIL CASE** |
| ) | **CASE NO. 5:20-CV-140-D** |
| WELLS FARGO BANK, NATIONAL ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment [D.E. 29]. Defendant may file a motion for costs in accordance with this court's local rules and the Federal Rules of Civil Procedure.

**This Judgment Filed and Entered on June 22, 2021, and Copies To:**

| | |
|---|---|
| Carols Liriano | (Sent to 2929 Landing Falls Lane Raleigh, NC 27616 via US Mail) |
| Frederick T. Smith | (via CM/ECF electronic notification) |
| Ethan Goemann | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK

June 22, 2021  (By) /s/ Nicole Sellers

Deputy Clerk